# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2026-0133

———————————————

JULIA C. SCHANG,

   Petitioner,

v.

MALACHAI D. SCHANG,

   Respondent.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

February 4, 2026

PER CURIAM.

   DENIED.

ROWE, NORDBY, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Julia C. Schang, pro se, Petitioner.

No appearance for Respondent.